**UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | **)** | Chapter 7 |
| | **)** | Case No. 12-32169 |
| Hill A. Segura, | **)** | |
| | **)** | Hon. Carol A. Doyle |
| Debtor. | **)** | |
| | **)** | **Date: November 19, 2014** |
| | **)** | **Time: 10:30 a.m.** |

### CERTIFICATE OF SERVICE

I, N. Neville Reid, certify that on October 16, 2014, I caused copies of the **Notice of Trustee's Final Report and Applications for Compensation and Deadline to Object** [Dkt. 39]; **Trustee's Final Application for Compensation** [Dkt. 38]; **Final Application of Springer Brown, LLC, for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt. 37], and the **Final Application of Popowcer Katten, Ltd., for Allowance and Payment of Administrative Claim for Compensation and Reimbursement of Expenses** [Dkt.36] to be filed electronically, with a copy to be served upon all parties listed on the attached Service List by first-class U.S. Mail and to be served electronically upon all parties set up to receive notice through the Court's ECF filing system.

                                                                   */s/ N. Neville Reid*
                                                                   N. Neville Reid

# SERVICE LIST

**Parties to receive notice through Court's ECF filing system:**

Patrick S. Layng
USTPRegion11.ES.ECF@usdoj.gov

Stephen J West, on behalf of Debtor Hill A. Segura
tmalaw@sjwlawott.com

Elizabeth A. Bates, representing N. Neville Reid, Ch7 Trustee
ebates@springerbrown.com

Meredith S. Fox, representing N. Neville Reid, Ch7 Trustee
ger@springerbrown.com

**Parties to receive notice via first-class U.S. mail postage prepaid:**

Hill A Segura
14610 Club Circle Dr.
Oak Forest, IL 60452

Capital One Bank (USA), N.A.
American InfoSource LP, as agent
P.O. Box 71083
Charlotte, NC  28272-1083

ETI Financial Corporation
c/o IC Systems Inc
P.O. Box 64378
Saint Paul, MN 55164-0378

ACL
P. O. Box 27901
West Allis, WI 53227-0901

Capital One Bank
Blatt, Hasenmiller, Leibsker&Moore
125 S. Wacker Dr., Suite 400
Chicago, IL 60606-4440

GE Money Bank/Sams Club
c/o Portfolio Recovery
Associates, LLC
P.O. Box 12914
Norfolk, VA 23541-0914

Advanced Citical Transport
8940 Ogden Ave.
Brookfield, IL 60513-2039

Chase
P.O. Box 15298
Wilmington, DE 19850-5298

Heart Care Centers of IL
P.O. Box 766
Bedford Park, IL 60499-0766

Advanced Renal Care LTD
P.O. Box 967
Tinley Park, IL 60477-0967

City of Oak Forest
P.O. Box 438495
Chicago, IL 60643-8495

Hinsdale Gastroenterology Assoc.
911 N. Elm St.
Hinsdale, IL 60521-3640

Adventist Hinsdale Hospital
75 Remittance Dr.
Chicago, IL 60675-1001

Commonwealth Edison
Bill Payment Center
Chicago, IL 60668-0001

HSBC Bank
P.O. Box 5253
Carol Stream, IL 60197-5253

Associated Cardiovascular Phy
P.O. Box 5940
Carol Stream, IL 60197-5940

Credit One Bank
P.O. Box 98873
Las Vegas, NV 89193-8873

HSBC Bank Nevada, NA
c/o Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439-0846

Lois West
Popowcer Katten Ltd.
35 E Wacker Dr, Suite 902
Chicago, IL 60601-2120

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St., Room 873
Chicago, IL 60604-2027

Stephen J West
Law Offices Of Stephen J West
628 Columbus Dr., Rm 102
Ottawa, IL 61350-2933

Metro Center for Health
901 McClintock Dr.
Burr Ridge, IL 60527-0871

Popowcer Katten Ltd
35 E Wacker Dr., Ste 902
Chicago, IL 60601-2120

Suburban Radiologists SC
1446 Momentum Place
Chicago, IL 60689-5314

Northwestern Medical
Faculty Foundation
38693 Eagle Way
Chicago, IL 60678-1386

Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541-1067

Target National Bank
Northland Group Inc.
P.O. Box 390846
Minneapolis, MN 55439-0846

Northwestern Memorial Hospital
P.O. Box 73690
Chicago, IL 60673-7690

Radiology & Nuclear Cons.
P.O. Box 71260
Chicago, IL 60694-1260

T-Mobile
c/o AFNI
P.O. Box 3427
Bloomington, IL 61702-3427

Palos Anesthesia Assoc
Department 4622
Carol Stream, IL 60122-0001

SCR Laboratory Physicians
P.O. Box 5959
Carol Stream, IL 60197-5959

T-Mobile
P.O. Box 742596
Cincinnati, OH 45274-2596

Palos Medical Group
Behavioral Heal
12251 S. 80th Ave.
Palos Heights, IL 60463-1256

Southwest Infectious Disease
777 Oakmont Lane
Westmont, IL 60559-5577

Toyota Motor Credit Corporation
(TMCC)
P.O. Box 8026
Cedar Rapids, Iowa 52408-8026

3