# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| HILL A SEGURA | § | Case No. 1:12-32169-CAD |
| | § | |
| Debtor(s) | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, Trustee, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
      219 S. Dearborn Street
      Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 11/19/2014 in Courtroom 742,
      United States Bankruptcy Court
      219 South Dearborn Street
      Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/16/2014      By: /s/ N. Neville Reid
                  Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | |
|---|---|---|
| | § | |
| HILL A SEGURA | § | Case No. 1:12-32169-CAD |
| | § | |
| Debtor(s) | § | |

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 17,000.00 |
| and approved disbursements of | $ | 95.43 |
| leaving a balance on hand of[1] | $ | 16,904.57 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 3 | TOYOTA MOTOR CREDIT CORPORATION (TM | $ 0.00 | $ 0.00 | $ 0.00 | $ 0.00 |

| | | |
|---|---|---|
| Total to be paid to secured creditors | $ | 0.00 |
| Remaining Balance | $ | 16,904.57 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. NEVILLE REID | $ 2,450.00 | $ 0.00 | $ 2,450.00 |
| Attorney for Trustee Fees: SPRINGER BROWN, LLC | $ 11,018.00 | $ 0.00 | $ 11,018.00 |
| Accountant for Trustee Fees: LOIS WEST | $ 980.00 | $ 0.00 | $ 980.00 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Other: ILLINOIS DEPARTMENT OF REVENUE | $ 74.00 | $ 74.00 | $ 0.00 |
| Other: INTERNATIONAL SURETIES, LTD. | $ 7.57 | $ 7.57 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 14,448.00

Remaining Balance $ 2,456.57

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 2,457.79  have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | CAPITAL ONE BANK (USA) N. A. | $ 1,716.25 | $ 0.00 | $ 1,715.40 |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | $ 741.54 | $ 0.00 | $ 741.17 |

Total to be paid to timely general unsecured creditors $ 2,456.57

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ N. Neville Reid
Chapter 7 Trustee

*N. Neville Reid, Trustee*
*Fox, Swibel, Levin & Swibel*
*200 West Madison Street*
*Suite 3000*
*Chicago, IL  60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                          United States Bankruptcy Court
                           Northern District of Illinois

In re:                                                          Case No. 12-32169-CAD
Hill A Segura                                                   Chapter 7
         Debtor
                            CERTIFICATE OF NOTICE
District/off: 0752-1           User: wepps                 Page 1 of 2               Date Rcvd: Oct 17, 2014
                               Form ID: pdf006             Total Noticed: 31

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 19, 2014.
db             +Hill A Segura,   14610 Club Circle Dr.,   Oak Forest, IL 60452-5203
19312746       +ACL,   PO Box 27901,   West Allis, WI 53227-0901
19312747       +Advanced Citical Transport,   8940 Ogden Ave.,   Brookfield, IL 60513-2039
19312748       +Advanced Renal Care LTD,   P.O. Box 967,   Tinley Park, IL 60477-0967
19312749       +Adventist Hinsdale Hospital,   75 Remittance Dr.,   Chicago, IL 60675-1001
19312750       +Associated Cardiovascular Phy,   P.O. Box 5940,   Carol Stream, IL 60197-5940
19312751       +Capital One Bank,   % Blatt,Hasenmiller,Leibsker&Moore,   125 S. Wacker Dr.; Suite 400,
                 Chicago, IL 60606-4440
19889532        Capital One Bank (USA), N.A.,   by American InfoSource LP as agent,   PO Box 71083,
                 Charlotte, NC 28272-1083
19312752       +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19312758       +GE Money Bank/Sams Club,   % Portfolio Recovery Associates,LLC,   PO Box 12914,
                 Norfolk, VA 23541-0914
19312761       +HSBC Bank,   P.O. Box 5253,   Carol Stream, IL 60197-5253
19312762       +HSBC Bank Nevada, NA,   % Northland Group Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
19312763       +Metro Center for Health,   901 McClintock Dr.,   Burr Ridge, IL 60527-0871
19312764        Northwestern Medical,   Faculty Foundation,   38693 Eagle Way,   Chicago, IL 60678-1386
19312765       +Northwestern Medical Faculty Found,   38693 Eagle Way,   Chicago, IL 60678-1386
19312766        Northwestern Memorial Hospital,   PO Box 73690,   Chicago, IL 60673-7690
20171551       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
                (address filed with court: Portfolio Recovery Associates, LLC,
                  GE MONEY BANK, F.S.B. (Sams Club),   by PRA Receivables Management LLC,   PO Box 41067,
                  Norfolk, VA 23541)
19312767       +Palos Anesthesia Assoc,   Department 4622,   Carol Stream, IL 60122-0001
19312768       +Palos Medical Group Behavioral Heal,   12251 S. 80th Ave.,   Palos Heights, IL 60463-1256
19312769       +Radiology & Nuclear Cons.,   P.O. Box 71260,   Chicago, IL 60694-1260
19312770       +SCR Laboratory Physicians,   P.O. Box 5959,   Carol Stream, IL 60197-5959
19312771       +Southwest Infectious Disease,   777 Oakmont Lane,   Westmont, IL 60559-5577
19312772       +Suburban Radiologists SC,   1446 Momentum Place,   Chicago, IL 60689-5314
19312773       +T-Mobile,   P.O.Box 742596,   Cincinnati, OH 45274-2596
19312775       +Target National Bank,   % Northland Group Inc.,   PO Box 390846,   Minneapolis, MN 55439-0846
20895527        Toyota Motor Credit Corporation (TMCC),   PO BOX 8026,   Cedar Rapids, Iowa 52408-8026

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
19312755        E-mail/Text: legalcollections@comed.com Oct 18 2014 00:43:09     Commonwealth Edison,
                 Bill Payment Center,   Chicago, IL 60668-0001
19312756       +E-mail/Text: creditonebknotifications@resurgent.com Oct 18 2014 00:41:30     Credit One Bank,
                 P.O. Box 98873,   Las Vegas, NV 89193-8873
19312757       +E-mail/Text: bankruptcy@icsystem.com Oct 18 2014 00:42:59     ETI FInancial Corporation,
                 c/o IC Systems Inc,   P.O. Box 64378,   Saint Paul, MN 55164-0378
19312759       +E-mail/Text: tkowalczyk@heartcc.com Oct 18 2014 00:43:13     Heart Care Centers of IL,
                 P.O. Box 766,   Bedford Park, IL 60499-0766
19312774       +E-mail/PDF: recoverybankruptcy@afninet.com Oct 18 2014 00:44:03     T-Mobile,   c/o AFNI,
                 P.O. Box 3427,   Bloomington, IL 61702-3427
                                                                                              TOTAL: 5

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             law firm of Springer Brown Covey Gaertner & Davis
19312753*      +Chase,   P.O. Box 15298,   Wilmington, DE 19850-5298
19312754       ##+City of Oak Forest,   P.O. Box 438495,   Chicago, IL 60643-8495
19312760       ##+Hinsdale Gastroenterology Assoc,   911 N. Elm St.,   Hinsdale, IL 60521-3640
                                                                                   TOTALS: 1, * 1, ## 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2014                         Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: wepps              Page 2 of 2            Date Rcvd: Oct 17, 2014
                              Form ID: pdf006          Total Noticed: 31
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 16, 2014 at the address(es) listed below:
              Elizabeth A. Bates     on behalf of Trustee N. Neville Reid ebates@springerbrown.com,
               jkrafcisin@springerbrown.com;iprice@springerbrown.com
              Meredith S Fox    on behalf of Trustee N. Neville Reid tspringer@springerbrown.com
              N. Neville Reid    nreid@fslc.com,   nreid@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Stephen J West    on behalf of Debtor Hill A Segura tmalaw@sjwlawott.com
                                                                                             TOTAL: 5
```