UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                              §
                                    §
                                    §
HILL A SEGURA                       §       Case No. 1:12-32169-CAD
                                    §
                                    §
        Debtor(s)                   §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

     N. Neville Reid, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

     1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

     2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

     3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $     (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on                . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____ By:/s/N. Neville Reid, Trustee_____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 3 | TOYOTA MOTOR CREDIT CORPORATION (TM |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID | | | | | |
| Trustee N. Neville Reid | | | | | |
| INTERNATIONAL SURETIES, LTD. | | | | | |
| ASSOCIATED BANK | | | | | |
| ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| Tom Springer, Springer Brown, LLC | | | | | |
| SPRINGER BROWN, LLC | | | | | |
| Accountant for Trustee Lois West | | | | | |
| LOIS WEST | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | ACL PO Box 27901 West Allis, WI 53227 | | | | | |
| | Advanced Citical Transport 8940 Ogden Ave. Brookfield, IL 60513 | | | | | |
| | Advanced Renal Care LTD P.O. Box 967 Tinley Park, IL 60477 | | | | | |
| | Adventist Hinsdale Hospital 75 Remittance Dr. Chicago, IL 60675 | | | | | |
| | Associated Cardiovascular Phy P.O. Box 5940 Carol Stream, IL 60197 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | City of Oak Forest P.O. Box 438495 Chicago, IL 60643 | | | | | |
| | Commonwealth Edison Bill Payment Center Chicago, IL 60668-0001 | | | | | |
| | Credit One Bank P.O. Box 98873 Las Vegas, NV 89193 | | | | | |
| | ETI FInancial Corporation c/o IC Systems Inc P.O. Box 64378 Saint Paul, MN 55164 | | | | | |
| | Heart Care Centers of IL P.O. Box 766 Bedford Park, IL 60499 | | | | | |
| | Hinsdale Gastroenterology Assoc 911 N. Elm St. Hinsdale, IL 60521 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | HSBC Bank Nevada, NA % Northland Group Inc. PO Box 390846 Minneapolis, MN 55439 | | | | | |
| | HSBC Bank P.O. Box 5253 Carol Stream, IL 60197 | | | | | |
| | Metro Center for Health 901 McClintock Dr. Burr Ridge, IL 60527 | | | | | |
| | Northwestern Medical Faculty Found 38693 Eagle Way Chicago, IL 60678 | | | | | |
| | Northwestern Medical Faculty Foundation 38693 Eagle Way Chicago, IL 60678-1386 | | | | | |
| | Northwestern Memorial Hospital PO Box 73690 Chicago, IL 60673-7690 | | | | | |
| | Palos Anesthesia Assoc Department 4622 Carol Stream, IL 60122 | | | | | |
| | Palos Medical Group Behavioral Heal 12251 S. 80th Ave. Palos Heights, IL 60463 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Radiology & Nuclear Cons. P.O. Box 71260 Chicago, IL 60694 | | | | | |
| | SCR Laboratory Physicians P.O. Box 5959 Carol Stream, IL 60197 | | | | | |
| | Southwest Infectious Disease 777 Oakmont Lane Westmont, IL 60559 | | | | | |
| | Suburban Radiologists SC 1446 Momentum Place Chicago, IL 60689 | | | | | |
| | Target National Bank % Northland Group Inc. PO Box 390846 Minneapolis, MN 55439 | | | | | |
| | T-Mobile c/o AFNI P.O. Box 3427 Bloomington, IL 61702 | | | | | |
| | T-Mobile P.O.Box 742596 Cincinnati, OH 45274 | | | | | |
| 1 | CAPITAL ONE BANK (USA) N. A. | | | | | |
| 2 | PORTFOLIO RECOVERY ASSOCIATES, LLC | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 12-32169 | CAD | Judge: | Carol A. Doyle | Trustee Name: | N. Neville Reid, Trustee |
|---|---|---|---|---|---|---|
| Case Name: | HILL A SEGURA | | | | Date Filed (f) or Converted (c): | 08/14/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/11/2012 |
| For Period Ending: | 06/11/2015 | | | | Claims Bar Date: | 06/14/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS  Checking account - Bank of America | 100.00 | 0.00 | | 0.00 | FA |
| 2. HOUSEHOLD GOODS  Miscellaneous household goods, furniture & furnishings. | 800.00 | 0.00 | | 0.00 | FA |
| 3. WEARING APPAREL | 50.00 | 0.00 | | 0.00 | FA |
| 4. CONTINGENT CLAIMS (u)  Debtor has an EEOC employment discrimination case against a former employer. Debtor's pro bono attorney is kevin Tottis, 211 W. Wacker Dr., Ste 1200, Chicago, IL 60606 312-920-9550  Note, the $15,000 exemption was disallowed on 12-12-12 [Dkt. 17] | Unknown | 17,000.00 | | 17,000.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $950.00     $17,000.00     $17,000.00     $0.00

(Total Dollar Amount in Column 6)

---

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Status April 2015: TFR filed and distributions made to creditors. TDR being prepared.


Initial Projected Date of Final Report (TFR): 12/30/2014     Current Projected Date of Final Report (TFR): 09/30/2014

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 12-32169  
Case Name: HILL A SEGURA  
Taxpayer ID No: XX-XXX2666  
For Period Ending: 06/11/2015  

Trustee Name: N. Neville Reid, Trustee  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3687  
Checking Account (Non-Interest Earn  
Blanket Bond (per case limit): $5,000,000.00  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 08/15/13 | 4 | STALLION HOLDINGS, LLC<br>2017 North FreemontChicago, IL 60614 | Settlement Employment Claim | 1249-000 | $17,000.00 | | $17,000.00 |
| 09/09/13 | | ASSOCIATED BANK | BANK SERVICE FEE | 2600-000 | | $13.86 | $16,986.14 |
| 04/07/14 | 300001 | INTERNATIONAL SURETIES, LTD.<br>Suite 420701 Poydras StreetNew Orleans, LA  70139504-581-6404 | Blanket Bond Disbursement<br>Term:  02/01/14 to 02/01/15<br>Blanket Bond Amount $71,065,000.00<br>Liberty Mutual Insurance Company<br>Bond # 016016455 | 2300-000 | | $7.57 | $16,978.57 |
| 05/14/14 | 300002 | ILLINOIS DEPARTMENT OF REVENUE<br>P.O. Box 19053Springfield, IL  62794-9053 | For Year Ending December 31, 2013<br>2013-IL-1041-V   FEIN 46-6642666 | 2810-000 | | $74.00 | $16,904.57 |
| 11/20/14 | 300003 | N. NEVILLE REID AS CHAPTER 7 TRUSTEE<br>for the Estate of Hill A. Segura<br>200 W. Madison Street, Suite 3000<br>Chicago, IL  60606 | Compensation for Trustee Fees $2,450.00 and Expenses 0 per Order [Dkt. 43] | 2100-000 | | $2,450.00 | $14,454.57 |
| 11/20/14 | 300004 | LOIS WEST<br>Popowcer Katten, Ltd.<br>35 E. Wacker Dr. Suite 1550<br>Chicago, IL  60601 | Per [Dkt. 44] Order Granting Compensation of Trustee's Accountant dated 11-19-14 | 3410-000 | | $980.00 | $13,474.57 |
| 11/20/14 | 300005 | SPRINGER BROWN, LLC<br>400 South County Farm Road<br>Suite 330<br>Wheaton, IL  60187 | Per [Dkt. 42] Order Awarding Compensation and Expenses dated 11-19-14<br>from November 30, 2012 through August 27, 2013 | 3110-000 | | $11,018.00 | $2,456.57 |
| 11/20/14 | 300006 | CAPITAL ONE BANK (USA) N. A.<br>by American InfoSource LP as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 | Final distribution to claim 1 representing a payment of 99.95 % per court order. | 7100-000 | | $1,715.40 | $741.17 |

Page Subtotals: $17,000.00  $16,258.83

UST Form 101-7-TDR (10/1/2010) (Page: 11)

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: 12-32169 | Trustee Name: N. Neville Reid, Trustee |
| Case Name: HILL A SEGURA | Bank Name: Associated Bank |
| | Account Number/CD#: XXXXXX3687 |
| | Checking Account (Non-Interest Earn |
| Taxpayer ID No: XX-XXX2666 | Blanket Bond (per case limit): $5,000,000.00 |
| For Period Ending: 06/11/2015 | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/20/14 | 300007 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>GE MONEY BANK, F.S.B. (Sams Club)<br>by PRA Receivables Management LLC<br>PO Box 41067<br>Norfolk, VA  23541 | Final distribution to claim 2 representing a payment of 99.95 % per court order. | 7100-000 | | $741.17 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $17,000.00 | $17,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $17,000.00 | $17,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $17,000.00 | $17,000.00 |

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3687 - Checking Account (Non-Interest Earn | $17,000.00 | $17,000.00 | $0.00 |
|  | $17,000.00 | $17,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| Total Allocation Receipts: | $0.00 |
|---|---|
| Total Net Deposits: | $17,000.00 |
| Total Gross Receipts: | $17,000.00 |

Page Subtotals: $0.00 $0.00